# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2006

Clifford W. Taylor,
Chief Justice

129122

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CONNIE FOURNIER, as Personal Representative
of the Estate of STELLA DEMENIUK, Deceased,
Plaintiff-Appellant,

v

SC: 129122
COA: 261503
Oakland CC: 04-061825-NI

EUGENE A. WRIGHT and DELPHI
CORPORATION,
Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the April 25, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2006

_____
Clerk

p0419